UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY GANUS**<br>    Plaintiff | CIVIL ACTION NO.: 21-1528 |
| | SECTION: |
| **VERSUS** | JUDGE: |
| | |
| **SOUTHERN RIVER RESTAURANTS, LLC**<br>    Defendant | MAGISTRATE: |

## COMPLAINT

**NOW HERE COMES**, through undersigned counsel, Plaintiff, Timothy Ganus (herein "Ganus" or "Plaintiff") who submits the following Complaint and respectfully avers as follows:

### PARTIES

1.

Plaintiff, Timothy Ganus, is a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

2.

Made Defendant is Southern River Restaurants, LLC (hereinafter "SRR" or "Defendant"), a limited liability company with a domicile located in the County of Adams, State of Mississippi and doing business as Applebees in the Parish of St. Tammany, State of Louisiana.

### JURISDICTION & VENUE

3.

This Court has jurisdiction over this proceeding under 28 U.S.C. § 1331, as Plaintiff's claims arise under the federal law. Additionally, the Court has jurisdiction over Plaintiff's state

law claims under 28 U.S.C. § 1367.  Venue is proper in the Eastern District of Louisiana, as a substantial part of the events or omissions giving rise to the claim occurred in this District or otherwise in accordance with 28 U.S.C. § 1391.

## FACTS

4.

Mr. Ganus began his employment with Defendant in 2003 as a restaurant manager with Applebees.

5.

At the time of his hire in 2003, Mr. Ganus was forty-two (42) years of age.  He is now sixty (60) years of age.

6.

On December 3, 2020, after being informed by Angie Sage, General Manager, that she tested positive for COVID 19; Mr. Ganus subsequently went to get tested but waited for the Key Manager, Lisa Williams to arrive.

7.

On December 16, 2020, Chris Yeager, Area Director discharged Plaintiff for leaving the store without authorization, stating that Lisa Williams was not supposed to manage the store by herself.

8.

However, other managers, Richard Ellis, (30s) Kitchen Manager, and Erica Smith-Walters, (age unk) Restaurant Manager, and Angie Sage, the general manager all left Lisa Williams, Key Manager, in charge while they left the store before to run errands.

9.

Mr. Ganus was replaced by Erica Smith who was paid significantly less than and has less benefits.  Ms. Smith is approximately 20 years younger than Mr. Ganus, and he helped train her for her new duties.

10.

Mr. Ganus was also informed that he was terminated because he was not following policy as it related to COVID at the restaurant.

11.

However, there are photos and testimony that other managers were not always following Applebee's protocol for Covid 19. The photos and testimony also show that other managers were not following closing procedures. They were not documented on these issues as Mr. Ganus was because of his age. .

12.

On December 16, 2020, Mr. Ganus was called by Chris Yeager for a meeting at which time he was terminated for leaving the restaurant unattended when he went to get tested for COVID.

### **Age Discrimination**

13.

All foregoing allegations are incorporated herein by reference.

14.

Defendant is engaged in an industry affecting commerce that employs over 20  full-time employees, and is therefore an "employer" for purposes of the ADEA, 29 U.S.C. § 631, *et seq*.

15.

Plaintiff was an employee for the purposes of the ADEA and is over the age of 40.

16.

Plaintiff's termination was motivated by his age, as he is sixty (60) years old.

17.

Plaintiff was qualified to perform the essential functions of the job, as he had been performing his job, at a full capacity, for approximately eighteen years prior.  Plaintiff suffered an adverse employment action as he was terminated.

18.

Plaintiff is entitled to damages under the ADEA including back pay, front pay, general and special damages, punitive damages, attorney fees, costs, and interest.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment in favor of Plaintiff and against Defendant, as follows:

a. Back pay, including wages and salary, overtime, and benefits;

b. Reinstatement, or front pay;

c. Other compensatory damages including those for emotional and physical injuries;

d. Medical expenses past and future;

e. Lost wages, past and future;

f. Pre-judgment interest;

g. Liquidated damages;

h. Punitive damages;

i. Attorney's fees and costs.

## JURY DEMAND

Plaintiff requests a trial by jury.

        Respectfully submitted,

        **SANGISETTY LAW FIRM, LLC**

        */s/ Ravi Sangisetty*
        Ravi K. Sangisetty, BAR NO. 30709
        3914 Canal Street
        New Orleans, Louisiana 70119
        Telephone:    504-662-1016
        Facsimile:    504-662-1318
        whitney@sangisettylaw.com
        ATTORNEYS FOR PLAINTIFF

**\*\*\*\*SERVICE TO BE ACCOMPLISHED BY WAIVER\*\*\*\*\***