UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY GANUS | CIVIL ACTION |
| VERSUS | NO. 21-1528 |
| SOUTHERN RIVER RESTAURANTS, LLC | SECTION M (3) |

## ORDER

Considering the parties' joint motion to dismiss with prejudice (R. Doc. 31),

IT IS ORDERED, ADJUDGED, AND DECREED that all of plaintiff's claims against defendant be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 12th day of September, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE